**MINE SERVICE COMPANY and Virgil Gross, Appellants,**

v.

**The TRUST DEPARTMENT OF the FIRST NATIONAL BANK of Paintsville, Ky., etc., et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 16, 1973.

S. H. Johnson, Johnson & Johnson, Paintsville, for appellants.

Perry & Greene, Paintsville, for appellees.

Memorandum opinion of the Court by Commissioner CULLEN, Affirming.*

**James R. YOCUM, Commissioner, Department of Labor, etc., et al., Appellants,**

v.

**Luther WARD et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 16, 1973.

Gemma M. Harding, Dept. of Labor, Louisville, J. W. Craft, Jr., Hazard, for appellants.

Cawood Smith, Harlan, for appellees.

Memorandum opinion of the Court by Commissioner CULLEN, Reversing.*

**BEAR BRANCH COAL COMPANY, Appellant,**

v.

**Harold PHILLIPS et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 16, 1973.

Edward R. Hays, Baird & Hays, Pikeville, for appellant.

Gemma M. Harding, Dept. of Labor, Louisville, Harry R. Stamper, Kelsey E. Friend Law Firm, Pikeville, Robert Hawkins, Dept. of Labor, Frankfort, for appellees.

Memorandum opinion of the Court by Chief Justice PALMORE, Affirming.*

**Milton BROOKS, Appellant,**

v.

**SAFECO INSURANCE COMPANY OF AMERICA, Appellee.**

Court of Appeals of Kentucky.

Feb. 16, 1973.

H. Jefferson Herbert, Jr., Wilson, Herbert & Garmon, Philip H. Wilson, Glasgow, for appellant.

Redford & Redford, Carroll M. Redford, Carroll M. Redford, Jr., Glasgow, for appellee.

Opinion of the Court by Special Commissioner EARL F. ASHCRAFT, Affirming.*

* Opinion ordered not to be published.